IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CAROLYN SMITH; ISAIAH       )
SMITH; ANTONIO HAIGLER;     )
and KANESHIA HAIGLER, as    )
guardian and next friend    )
of the minor, S.M.,         )
                            )
     Plaintiffs,            )
                            )   CIVIL ACTION NO.
     v.                     )     2:12cv1037-MHT
                            )         (WO)
CITY OF MONTGOMERY,         )
ALABAMA; et al.,            )
                            )
     Defendants.            )
```

JUDGMENT

Pursuant to the joint stipulation for dismissal with prejudice (doc. no. 38), it is the ORDER, JUDGMENT, and DECREE of the court that defendant BSR Trust, LLC, and all claims against it are dismissed with prejudice, with the parties to bear their own costs, expenses, and attorney's fees.  Defendant BSR Trust, LLC, is terminated as a party.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is not closed, for the claims by all plaintiffs against the other defendants remain pending.**

**DONE, this the 28th day of October, 2013.**

                           <u>/s/ Myron H. Thompson</u>
                           **UNITED STATES DISTRICT JUDGE**