IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CAROLYN SMITH; ISAIAH        )
SMITH; ANTONIO HAIGLER;      )
and KANESHIA HAIGLER, as     )
guardian and next friend     )
of the minor, S.M.,          )
                             )
    Plaintiffs,              )
                             )    CIVIL ACTION NO.
    v.                       )     2:12cv1037-MHT
                             )         (WO)
CITY OF MONTGOMERY,          )
ALABAMA; et al.,             )
                             )
    Defendants.              )
```

JUDGMENT

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant City of Montgomery's motion for summary judgment (Doc. No. 56) is granted.

(2) Judgment is entered in favor of defendant City of Montgomery and against plaintiffs Carolyn Smith, Isaiah Smith, and Antonio Haigler, with said plaintiffs taking nothing by their complaint as to said defendant. Defendant City of Montgomery is terminated as a party.

It is further ORDERED that costs are taxed against the Smith plaintiffs and against plaintiff Haigler, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.  The summary-judgment motion is still pending as to the other defendants.

DONE, this the 26th day of June, 2014.

                     /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE