```
        THE DISTRICT COURT OF THE UNITED STATES FOR THE

         MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION
```

```
CAROLYN SMITH; ISAIAH         )
SMITH; ANTONIO HAIGLER;       )
and KANESHIA HAIGLER, as      )
guardian and next friend      )
of the minor, S.M.,           )
                              )
    Plaintiffs,               )
                              )    CIVIL ACTION NO.
    v.                        )      2:12cv1037-MHT
                              )           (WO)
CORPORAL FERDERDAR            )
FANNIN, et al.,               )
                              )
    Defendants.               )
```

## JUDGMENT

In accordance with the opinion entered this date and pursuant to the stipulation of the parties (doc. no. 93), it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The claim brought by plaintiff Kaneshia Haigler, as guardian and next friend of S.M., a minor, is dismissed with prejudice as to plaintiff Haigler's own ability to bring future litigation on S.M.'s behalf.

(2) The claim brought by plaintiff Kaneshia Haigler, as guardian and next friend of S.M., a minor, is dismissed without prejudice as to S.M.'s ability to bring future litigation on her own behalf.  If either plaintiff Haigler or defendant Ferderdar Fannin seeks a dismissal that binds S.M., he or she must file a motion for reconsideration within seven days from the date of this judgment, asking that the court set aside this judgment and hold a fairness hearing.

It is further ORDERED that the parties are to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 22nd day of July, 2014.

                                                  /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE